TRINETTE G. KENT (AZ State Bar No. 025180)
(Admitted *Pro Hac Vice*)
11811 North Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

*Of Counsel to*
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Rhonda Spear

N THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Rhonda Spear, | : |
| | : Civil Action No.:  2:14-cv-00372-DN |
| Plaintiff, | : **STIPULATION OF DISMISSAL** |
| v. | : |
| Progressive Financial Services; and DOES 1-10, inclusive, | : |
| Defendant. | : |

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Rhonda Spear | Progressive Financial Services |
|---|---|
| ___/s/ Trinette G. Kent_____ | __/s/ Steven D. Burt_____ |
| Trinette G. Kent<br>LEMBERG LAW, LLC<br>Attorney for Plaintiff | Steven D. Burt<br>BALLARD SPAHR LLP<br>Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court District of Utah Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                                    */s/   Trinette G. Kent*
                                                                   Trinette G. Kent